**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

*12/17*

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Hubert<br>First name<br><br>F.<br>Middle name<br><br>Skwierc, III<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8276 | |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| ■ I have not used any business name or EINs. | ☐ I have not used any business name or EINs. |
| Business name(s) | Business name(s) |
| EINs | EINs |

**5. Where you live**

28111 Jefferson, Apt C3
Saint Clair Shores, MI 48081
Number, Street, City, State & ZIP Code

Macomb
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.  How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

■ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.  Do you rent your residence?**

☐ No.    Go to line 12.

■ Yes.    Has your landlord obtained an eviction judgment against you?

    ■ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☒ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

### Part 6:    Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Hubert F. Skwierc, III

Hubert F. Skwierc, III
Signature of Debtor 1                                        Signature of Debtor 2

Executed on   January 15, 2020                              Executed on
              MM / DD / YYYY                                              MM / DD / YYYY

| Debtor 1 | Hubert F. Skwierc, III | Case number *(if known)* | |
|---|---|---|---|

| | |
|---|---|
| **For your attorney, if you are represented by one** **If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

/s/ Charles J. Schneider          Date     January 15, 2020
Signature of Attorney for Debtor                    MM / DD / YYYY

Charles J. Schneider P-27598
Printed name

Charles J. Schneider, P.C.
Firm name

39319 Plymouth Rd.
Suite 1
Livonia, MI 48150-1059
Number, Street, City, State & ZIP Code

Contact phone   (734) 591-4890        Email address    notices@cschneiderlaw.com

P-27598 MI
Bar number & State

Certificate Number: 01401-MIE-CC-033995654



01401-MIE-CC-033995654

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 24, 2020</u>, at <u>11:28</u> o'clock <u>AM EST</u>, <u>Hubert F Skwierc III</u> received from <u>GreenPath, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of Michigan</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>January 24, 2020</u>          By:     <u>/s/Jeremy  Lark for Alyssa Schuster</u>

Name:   <u>Alyssa Schuster</u>

Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Hubert F. Skwierc, III |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B...................................................................... | $        0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................................. | $        750.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B...................................................................... | $        750.00 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $        0.00 |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $        70,637.57 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $        177,301.06 |
| **Your total liabilities** | $        247,938.63 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $        0.00 |
| 5.   *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.......................................................... | $        455.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ **No.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ **Yes**

7.   **What kind of debt do you have?**

    ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

    $    266.67

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $    7,900.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $    62,737.57 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $    0.00 |
| 9d. Student loans. (Copy line 6f.) | $    0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $    0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$    0.00 |

9g. **Total.** Add lines 9a through 9f.

$    70,637.57

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | Hubert F. Skwierc, III |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.

   ☐ Yes. Where is the property?

1.1

_____
Street address, if available, or other description

_____
City      State      ZIP Code

_____
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

_____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ _____

**Current value of the portion you own?**
$ _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**...............................................=>

     [ _____ ]

### Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☑ No

☐ Yes

20-41010-tjt    Doc 1    Filed 01/24/20    Entered 01/24/20 12:23:39    Page 11 of 92

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ■ No
    ☐ Yes

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for**
    **pages you have attached for Part 2. Write that number here.............................................................=>**          $0.00

**Part 3:**  **Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ■ No
    ☐ Yes.  Describe.....

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ■ Yes.  Describe.....

    | Smart phone, Laptop<br>Location: 28111 Jefferon, Apt C3, Saint Clair Shores MI 48081 | $250.00 |
    |---|---|

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ■ No
    ☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ■ No
    ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | Used by Debtor personally; no single item >$650<br>See attached supplemental list; Debtor's residence | $500.00 |
    |---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

12. **Jewelry**
     *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
     ■ No
     ☐ Yes.  Describe.....

13. **Non-farm animals**
     *Examples:* Dogs, cats, birds, horses
     ■ No
     ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
     ☐ No
     ■ Yes.  Give specific information.....

     | Eyeglasses
     | Location: 28111 Jefferson, Apt C3, Saint Clair Shores MI 48081    Unknown

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
     **for Part 3. Write that number here** .............................................................................

     $750.00

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

16. **Cash**
     *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
     ■ No
     ☐ Yes.................................................................................................

17. **Deposits of money**
     *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
                institutions. If you have multiple accounts with the same institution, list each.
     ■ No
     ☐ Yes.......................           Institution name:

     17.1

18. **Bonds, mutual funds, or publicly traded stocks**
     *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
     ■ No
     ☐ Yes.................           Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and**
     **joint venture**
     ☐ No
     ■ Yes.  Give specific information about them...................
          Name of entity:                              % of ownership:

          H.F.S Construction, LLC                      100      %                          $0.00

Official Form 106A/B                              Schedule A/B: Property                                        page 3

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
                                Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ■ No
    ☐ Yes. List each account separately.
                         Type of account:              Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No
    ☐ Yes. ....................                         Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No
    ☐ Yes............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ■ No
    ☐ Yes............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...........................................................................................................    $0.00

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37.  **Do you own or have any legal or equitable interest in any business-related property?**
  ■ No. Go to Part 6.
  ☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**

  ☐ No
  ☐ Yes.  Describe.....

39.  **Office equipment, furnishings, and supplies**
      *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

  ☐ No
  ☐ Yes.  Describe.....

40.  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

  ☐ No
  ☐ Yes.  Describe.....

41.  **Inventory**

  ☐ No
  ☐ Yes.  Describe.....

42.  **Interests in partnerships or joint ventures**

  ☐ No
  ☐ Yes.  Give specific information about them...................
              Name of entity:                                        % of ownership:
                                                                                        %

43.  **Customer lists, mailing lists, or other compilations**
  ☐ No.
  ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ☐ No
      ☐ Yes.  Describe.....

44.  **Any business-related property you did not already list**

  ☐ No
  ☐ Yes. Give specific information.........

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**....................................................................................................................

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☐ No
☐ Yes................

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific information.....

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes................

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes................

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific information.....

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................................................................

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

20-41010-tjt   Doc 1   Filed 01/24/20   Entered 01/24/20 12:23:39   Page 17 of 92

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No

    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    $0.00

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

55. **Part 1: Total real estate, line 2** ...................................................................................................    $0.00

56. **Part 2: Total vehicles, line 5**    $0.00
57. **Part 3: Total personal and household items, line 15**    $750.00
58. **Part 4: Total financial assets, line 36**    $0.00
59. **Part 5: Total business-related property, line 45**    $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00
61. **Part 7: Total other property not listed, line 54**    +    $0.00

62. **Total personal property.** Add lines 56 through 61...    $750.00    Copy personal property total    $750.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62    $750.00

**Fill in this information to identify your case:**

| Debtor 1 | Hubert F. Skwierc, III | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt
**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Smart phone, Laptop<br>Location: 28111 Jefferon, Apt C3, Saint Clair Shores MI 48081<br>Line from *Schedule A/B*: 7.1 | $250.00 | ■ | $250.00 | 11 U.S.C. § 522(d)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Used by Debtor personally; no single item >$650<br>See attached supplemental list;<br>Debtor's residence<br>Line from *Schedule A/B*: 11.1 | $500.00 | ■ | $500.00 | 11 U.S.C. § 522(d)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Eyeglasses<br>Location: 28111 Jefferson, Apt C3, Saint Clair Shores MI 48081<br>Line from *Schedule A/B*: 14.1 | Unknown | ☐ | | 11 U.S.C. § 522(d)(9) |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

20-41010-tjt   Doc 1   Filed 01/24/20   Entered 01/24/20 12:23:39   Page 19 of 92

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Hubert F. Skwierc, III |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1. | | |
|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** _____   **Last 4 digits of account number** _____

Add the dollar value of your entries in Column A on this page. Write that number here:

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | Hubert F. Skwierc, III |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Hold Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☑ Yes.

**2.    List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | **Carrie `Fuller** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number  82DM | $7,900.00 | $3,989.00 | $3,911.00 |
| | 24933 Lexington | | | | |
| | Eastpointe, MI 48021 | When was the debt incurred?   2002 | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☑ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify    Child support

| 2.2 | Internal Revenue Service | Last 4 digits of account number | 8276 | $62,737.57 | $62,737.57 | $0.00 |

Priority Creditor's Name

Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Number Street City State Zip Code

**When was the debt incurred?**    2016/2017

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Withholding Taxes

---

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  |  | Total claim |

| 4.1 | 40th District Court | Last 4 digits of account number | MD01 | $955.00 |

Nonpriority Creditor's Name

Clerk of the Court
27701 Jefferson
Saint Clair Shores, MI 48081

Number Street City State Zip Code

**When was the debt incurred?**    2018

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Court

| 4.2 | Alltran Financial, LP | Last 4 digits of account number    9126 | $6,291.49 |

Nonpriority Creditor's Name
PO Box 722929
Houston, TX 77272-2910

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Collections

---

| 4.3 | Ally Financial | Last 4 digits of account number    7386 | $15,687.00 |

Nonpriority Creditor's Name
Attn:  Officer for receipt of Process
PO Box 380901
Bloomington, MN 55438

**When was the debt incurred?**    12/17/2015

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Repossession Deficiency

---

| 4.4 | Amcol Systems | Last 4 digits of account number    1302 | $237.00 |

Nonpriority Creditor's Name
Attn:  Officer for receipt of Process
PO Box 21625
Columbia, SC 29221

**When was the debt incurred?**    2017

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Medical Bill

---

| | | |
|---|---|---|
| 4.5 | **American Express** | **Last 4 digits of account number**   1000 | **$5,449.15** |

4.5    **American Express**
Nonpriority Creditor's Name
Attn:  Officer for receipt of Process
Box 0001
Los Angeles, CA 90096
Number Street City State Zip Code

**Last 4 digits of account number**   1000                                    **$5,449.15**

**When was the debt incurred?**   _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

4.6    **American Express**
Nonpriority Creditor's Name
Attn:  Officer for receipt of Process
Box 0001
Los Angeles, CA 90096
Number Street City State Zip Code

**Last 4 digits of account number**   1002                                    **$1,734.06**

**When was the debt incurred?**   _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

4.7    **American Express**
Nonpriority Creditor's Name
Attn:  Officer for receipt of Process
Box 0001
Los Angeles, CA 90096
Number Street City State Zip Code

**Last 4 digits of account number**   1001                                    **$1,234.76**

**When was the debt incurred?**   _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

20-41010-tjt    Doc 1    Filed 01/24/20    Entered 01/24/20 12:23:39    Page 24 of 92

| 4.8 | **AUM** | **Last 4 digits of account number** | 3375 | $34.00 |

Nonpriority Creditor's Name
Attn: Officer for receipt of Process
PO Box 6436
Carol Stream, IL 60197
Number Street City State Zip Code

**When was the debt incurred?**   2017

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Utility Service

---

| 4.9 | **Bank of America** | **Last 4 digits of account number** | 5117 | $6,172.00 |

Nonpriority Creditor's Name
Attn: Officer for receipt of Process
PO Box 15019
Wilmington, DE 19886
Number Street City State Zip Code

**When was the debt incurred?**   2014

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

| 4.10 | **Bank of America** | **Last 4 digits of account number** | 8360 | $6,833.66 |

Nonpriority Creditor's Name
Attn: Officer for receipt of Process
PO Box 15019
Wilmington, DE 19886
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

| Debtor 1 | Hubert F. Skwierc, III | Case number (if known) | |
|---|---|---|---|

**4.1 1**

Barclaycard
Nonpriority Creditor's Name
Card Services
P.O. Box 60517
City of Industry, CA 91716
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 7462

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card purchases

$1,989.72

---

**4.1 2**

Beaumont Health
Nonpriority Creditor's Name
PO Box 554878
Detroit, MI 48255-4878
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 1287

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Medical Bill

$121.23

---

**4.1 3**

Beaumont Health
Nonpriority Creditor's Name
PO Box 554878
Detroit, MI 48255
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 1287

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Medical Bill

$3,015.71

| 4.1 4 | **Beaumont Health** | | | |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | **Last 4 digits of account number** | 1287 | $273.00 |

PO Box 554878
Detroit, MI 48255-4878

Number City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical Bill

---

| 4.1 5 | **Beaumont Health System** | | | |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | **Last 4 digits of account number** | 2038 | $2,264.03 |

Attn:  Officer for receipt of Process
750 Stephenson Highway
PO Box 5042
Troy, MI 48007

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical Bill

---

| 4.1 6 | **Beaumont Hospital** | | | |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | **Last 4 digits of account number** | 2041 | $275.45 |

Attn:  Officer for receipt of Process
750 Stephenson Highway
PO Box 5042
Troy, MI 48007

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical Bill

20-41010-tjt    Doc 1    Filed 01/24/20    Entered 01/24/20 12:23:39    Page 27 of 92

**4.17**

**Beaumont Hospital**
Nonpriority Creditor's Name
Attn:  Officer for receipt of Process
750 Stephenson Highway
PO Box 5042
Troy, MI 48007
Number Street City State Zip Code

**Last 4 digits of account number**   2044                                    $82.00

**When was the debt incurred?**   2017

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical Bill

---

**4.18**

**Best Buy Credit Services**
Nonpriority Creditor's Name
Attn: Office for Receipt of Process
PO Box 78009
Phoenix, AZ 85062
Number Street City State Zip Code

**Last 4 digits of account number**   2320                                    $2,371.42

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card purchases

---

**4.19**

**Blue Care Network**
Nonpriority Creditor's Name
Attn:  Officer for receipt of Process
PO Box 33608
Detroit, MI 48232
Number Street City State Zip Code

**Last 4 digits of account number**   4337                                    $1,252.90

**When was the debt incurred?**   2017

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical Bill

---

| 4.2 0 | Capital One | Last 4 digits of account number    4755 | $3,775.34 |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 30285
Salt Lake City, UT 84130
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Credit Card purchases

---

| 4.2 1 | Capital One | Last 4 digits of account number    6692 | $3,397.66 |
|---|---|---|---|

Nonpriority Creditor's Name
Attn:  Officer for Receipt of Process
PO Box 6492
Carol Stream, IL 60197
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Credit card purchases

---

| 4.2 2 | Capital One Services, LLC | Last 4 digits of account number    1321 | $1,626.42 |
|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box 30285
Salt Lake City, UT 84130-0285
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Credit Card purchases

---

| 4.2 3 | **Chase** | **Last 4 digits of account number** | 7973 | | $1,797.03 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
Attn: Officer for receipt of Process
PO Box 15298
Wilmington, DE 19886

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card purchases

---

| 4.2 4 | **Chase** | **Last 4 digits of account number** | 9551 | | $2,704.35 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
Attn: Officer for receipt of Process
PO Box 15298
Wilmington, DE 19886

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card purchases

---

| 4.2 5 | **Chase** | **Last 4 digits of account number** | 1031 | | $9,116.21 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 15145
Wilmington, DE 19850

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card purchases

20-41010-tjt    Doc 1    Filed 01/24/20    Entered 01/24/20 12:23:39    Page 30 of 92

| 4.2 6 | Check Smart | Last 4 digits of account number | | $600.00 |
|---|---|---|---|---|

**Check Smart**

Nonpriority Creditor's Name
26151 Gratiot
Roseville, MI 48066
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Open account

---

| 4.2 7 | Christian Financial Credit Union | Last 4 digits of account number | 9187 | $1,432.00 |
|---|---|---|---|---|

**Christian Financial Credit Union**

Nonpriority Creditor's Name
Attn:  Officer for receipt of Process
18441 Utica Road
Roseville, MI 48066
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   9187

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Insurance

---

| 4.2 8 | Christian Financial Credit Union | Last 4 digits of account number | 2800 | $3,539.18 |
|---|---|---|---|---|

**Christian Financial Credit Union**

Nonpriority Creditor's Name
Attn:  Officer for receipt of Process
18441 Utica Road
Roseville, MI 48066
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   2800

**When was the debt incurred?**   09/15/2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Repossession Deficiency

---

**4.29**

Citi Cards
Nonpriority Creditor's Name
PO Box 78045
Phoenix, AZ 85062
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number**  8682          $12,726.94

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card purchases

---

**4.30**

Citi Cards
Nonpriority Creditor's Name
PO Box 78045
Phoenix, AZ 85062
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number**  3203          $8,580.86

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card purchases

---

**4.31**

Citi Cards
Nonpriority Creditor's Name
PO Box 78045
Phoenix, AZ 85062
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number**  8185          $960.83

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card purchases

| 4.3 2 | City of Roseville Fire Department | Last 4 digits of account number | 5884 | $786.00 |

Nonpriority Creditor's Name
PO Box 2122
Riverview, MI 48193-1122
Number Street City State Zip Code

**When was the debt incurred?**    2017

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    Medical Bill

---

| 4.3 3 | City of St. Clair Shores/Arbor Professio | Last 4 digits of account number | | $295.00 |

Nonpriority Creditor's Name
2090 S. Main
Ann Arbor, MI 48103
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    Services Rendered

---

| 4.3 4 | Comerica | Last 4 digits of account number | 9864 | $136.85 |

Nonpriority Creditor's Name
Bankcard Services
Attn: Officer for receipt of Process
P.O. Box 15019
Wilmington, DE 19886
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    Credit card purchases

20-41010-tjt    Doc 1    Filed 01/24/20    Entered 01/24/20 12:23:39    Page 33 of 92

| 4.3 5 | | | |
|---|---|---|---|

**Comerica**
Nonpriority Creditor's Name
Bankcard Services
Attn: Officer for receipt of Process
P.O. Box 15019
Wilmington, DE 19886
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $1,500.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Non-Sufficient Funds Check

---

| 4.3 6 | | | |
|---|---|---|---|

**Comerica**
Nonpriority Creditor's Name
Bankcard Services
Attn: Officer for receipt of Process
P.O. Box 15019
Wilmington, DE 19886
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 4280    $6,149.85

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit card purchases

---

| 4.3 7 | | | |
|---|---|---|---|

**Comerica Bank**
Nonpriority Creditor's Name
Attn: Officer for receipt of Process
PO Box 790408
Saint Louis, MO 63179
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 5790    $2,337.48

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Credit Card purchases

20-41010-tjt    Doc 1    Filed 01/24/20    Entered 01/24/20 12:23:39    Page 34 of 92

### 4.38

**Concentra**
Nonpriority Creditor's Name
30800 Telegraph Rd
Suite 3900
Franklin, MI 48025
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   0643       $241.82

**When was the debt incurred?**   2017

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Medical Bill

### 4.39

**Credit Collection Service**
Nonpriority Creditor's Name
725 Canton Street
Norwood, MA 02062
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   9676       $937.30

**When was the debt incurred?**   2018

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Collections

### 4.40

**Diag Radiology Consultants**
Nonpriority Creditor's Name
Attn:  Officer for receipt of Process
PO Box 6398
Saginaw, MI 48608
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   8502       $19.00

**When was the debt incurred?**   2017

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Medical Bill

| 4.4 1 | **Dish Network** | **Last 4 digits of account number** | 0799 | | $203.02 |

Nonpriority Creditor's Name
Attn:  Officer for receipt of Process
Dept 0063
Palatine, IL 60055-0063
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Cable Service

---

| 4.4 2 | **DTE Energy (USE THIS ONE)** | **Last 4 digits of account number** | 0251 | | $99.07 |

Nonpriority Creditor's Name
P.O. Box 740786
Cincinnati, OH 45274-0786
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**    2017

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Utility

---

| 4.4 3 | **Eastwood Clinics** | **Last 4 digits of account number** | 8209 | | $395.00 |

Nonpriority Creditor's Name
Attn # 19117E
PO Box 14000
Belfast, ME 04915-4033
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**    2017

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Medical Bill

| 4.4 4 | Emergency Department Physicians, P.C. | Last 4 digits of account number | 5503 | $1,241.00 |

Nonpriority Creditor's Name
Attn: Officer for receipt of Process
PO Box 740021
Cincinnati, OH 45274

When was the debt incurred?    2017

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Medical Bill

---

| 4.4 5 | First Credit Services, Inc. | Last 4 digits of account number | | $244.00 |

Nonpriority Creditor's Name
Attn: Officer for Receipt of Process
377 Hoes Lane, Ste 200
Piscataway, NJ 08854

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Collections

---

| 4.4 6 | Frankenmuth Insurace | Last 4 digits of account number | 4000 | $731.01 |

Nonpriority Creditor's Name
One Mutual Avenue
Frankenmuth, MI 48787-0001

When was the debt incurred?    2016

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Insurance

---

20-41010-tjt    Doc 1    Filed 01/24/20    Entered 01/24/20 12:23:39    Page 37 of 92

| 4.4 7 | Gallagher Sharp LLC | Last 4 digits of account number | 0730 | $10,440.17 |

**Gallagher Sharp LLC**
Nonpriority Creditor's Name
1501 Euclid Avenue
Sixth Floor, Bulkley Building
Cleveland, OH 44115
Number Street City State Zip Code

**Last 4 digits of account number** 0730          $10,440.17

**When was the debt incurred?** 2017

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Legal fees

---

**Genisys Credit Union**
Nonpriority Creditor's Name
2100 Executive Hills Blvd.
Auburn Hills, MI 48326
Number Street City State Zip Code

**Last 4 digits of account number** 0L75          $3,560.45

**When was the debt incurred?** 2013

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Repossession Deficiency

---

**Genisys Credit Union**
Nonpriority Creditor's Name
c/o Holzman Corkery PLC
28366 Franklin Road
Southfield, MI 48034
Number Street City State Zip Code

**Last 4 digits of account number** 94GC          $3,560.45

**When was the debt incurred?** 2018

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Lawsuit

**4.50**

George `D'Anastaio
Nonpriority Creditor's Name

28200 Orchard Lake Road
Suite 103
Farmington, MI 48334
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Accountant

$1,200.00

---

**4.51**

Julie A. Hlywa
Nonpriority Creditor's Name

17200 E Ten Mile Road
Suite 100
Eastpointe, MI 48021
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 2217

**When was the debt incurred?** 2017

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Attorney

$750.00

---

**4.52**

Home Depot Credit Services
Nonpriority Creditor's Name

Dept 32-2140021837
PO Box 9001030
Louisville, KY 40290-1030
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number** 1837

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   Credit Card purchases

$1,314.35

| 4.5 3 | | | |
|---|---|---|---|

**LVNV Funding**
Nonpriority Creditor's Name
Attn:  Officer for receipt of Process
PO Box 10497
Greenville, SC 29603
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____        $2,337.48

**When was the debt incurred?**        2018

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Collections

| 4.5 4 | | | |
|---|---|---|---|

**Macomb County**
Nonpriority Creditor's Name
Judicial Aide
10 North Main,
1st Floor
Mount Clemens, MI 48043
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    26FH        $1,073.00

**When was the debt incurred?**        2017

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Restitution

| 4.5 5 | | | |
|---|---|---|---|

**Macomb County Jail**
Nonpriority Creditor's Name
Celco, LTD
PO Box 932756
Cleveland, OH 44193
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____        $945.00

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    Legal fees

20-41010-tjt    Doc 1    Filed 01/24/20    Entered 01/24/20 12:23:39    Page 40 of 92

| 4.5 6 | **Macomb County Sheriff** Reimbursement | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
43565 Elizabeth Road
Mount Clemens, MI 48043

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  2017

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Restitution

---

| 4.5 7 | **Macomb Emergency Physicians PLLC** | Last 4 digits of account number  0026 | $1,396.00 |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 776421
Chicago, IL 60677-6421

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Medical Bill

---

| 4.5 8 | **Macomb Family Servces** | Last 4 digits of account number _____ | $115.00 |
|---|---|---|---|

Nonpriority Creditor's Name
36975 Utica, Ste 103
Clinton Township, MI 48035

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  2019

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Medical Bill

**4.5 9**

McLaren Macomb
Nonpriority Creditor's Name
P O Box 441575
Detroit, MI 48244
Number Street City State Zip Code

Last 4 digits of account number    0001                          $1,788.49

When was the debt incurred?    2017

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify    Medical Bill

---

**4.6 0**

McLaren Physicians
Nonpriority Creditor's Name
PO Box 775437
Chicago, IL 60677-5437
Number Street City State Zip Code

Last 4 digits of account number    7371                            $26.00

When was the debt incurred?    2017

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify    Medical Bill

---

**4.6 1**

Michigan Department of Corrections
Nonpriority Creditor's Name
Fee Collection Unit
P.O. Box 30770
Lansing, MI 48909-8270
Number Street City State Zip Code

Last 4 digits of account number                                   $280.00

When was the debt incurred?    2017

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify    Criminal Restitution

| 4.6 2 | **Michigan Schools & Government CU** | **Last 4 digits of account number** | 0091 | $611.42 |

Nonpriority Creditor's Name
40400 Garfield Rd
Clinton Township, MI 48038
Number City State Zip Code

**When was the debt incurred?**    2013

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Repossession Deficiency

---

| 4.6 3 | **Michigan Schools & Government CU** | **Last 4 digits of account number** | 0030 | $8,428.96 |

Nonpriority Creditor's Name
40400 Garfield Rd
Clinton Township, MI 48038
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Credit Card purchases

---

| 4.6 4 | **Michigan Schools & Government CU** | **Last 4 digits of account number** | 0090 | $1,472.41 |

Nonpriority Creditor's Name
40400 Garfield Rd
Clinton Township, MI 48038
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Credit Card purchases

---

20-41010-tjt    Doc 1    Filed 01/24/20    Entered 01/24/20 12:23:39    Page 43 of 92

| 4.6 5 | **Midland Funding** | | **Last 4 digits of account number** _____ | $1,760.16 |

Nonpriority Creditor's Name
c/o Stillman Law Office
30057 Orchard Lake Rd.
Ste. 200
Farmington, MI 48334
Number Street City State Zip Code

**When was the debt incurred?**    2019

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Collections

---

| 4.6 6 | **PennyMac** | | **Last 4 digits of account number** 6442 | Unknown |

Nonpriority Creditor's Name
PO Box 514387
Los Angeles, CA 90051-4387
Number Street City State Zip Code

**When was the debt incurred?**    2014

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
■ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Mortgage debt

---

| 4.6 7 | **REV-1 Solutions, LLC** | | **Last 4 digits of account number** 3173 | $31.25 |

Nonpriority Creditor's Name
517 US Highway 31 N
Greenwood, IN 46142
Number Street City State Zip Code

**When was the debt incurred?**    2017

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Collections

| | | |
|---|---|---|
| 4.6 8 | **Sheffield Financial** | **Last 4 digits of account number**   0758      $439.46 |

Nonpriority Creditor's Name

Attn: Officer for receipt of Process
PO Box 580229
Charlotte, NC 28258

Number Street City State Zip Code

**When was the debt incurred?**   2014

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Credit Card purchases

---

| | | |
|---|---|---|
| 4.6 9 | **Carmelita Skwierc** | **Last 4 digits of account number**  _____      Unknown |

Nonpriority Creditor's Name

22320 Gordon Rd
Saint Clair Shores, MI 48081

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| | | |
|---|---|---|
| 4.7 0 | **SmartStop** | **Last 4 digits of account number**   A024      $1,318.00 |

Nonpriority Creditor's Name

27203 Groesbeck Highway
Warren, MI 48089

Number Street City State Zip Code

**When was the debt incurred?**   2017

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Storage Fees

---

| 4.7 1 | **Sprint** | | **Last 4 digits of account number** | 5580 | | $707.57 |

Nonpriority Creditor's Name
Attn: Officer for receipt of Process
P.O. Box 4191
Carol Stream, IL 60197
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Cellular Telephone Service

---

| 4.7 2 | **St John Hospital** | | **Last 4 digits of account number** | 4796 | | $220.48 |

Nonpriority Creditor's Name
c/o Account Services
1802 NE Loop 410
Suite 400
San Antonio, TX 78217
Number Street City State Zip Code

**When was the debt incurred?**    2017

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical Bill

---

| 4.7 3 | **St John Providence Hospital** | | **Last 4 digits of account number** | 6813 | | $1,005.03 |

Nonpriority Creditor's Name
PO Box 773123
Attn: Officer for receipt of Process
3123 Solutions Center
Chicago, IL 60677
Number Street City State Zip Code

**When was the debt incurred?**    2017

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Medical Bill

---

20-41010-tjt    Doc 1    Filed 01/24/20    Entered 01/24/20 12:23:39    Page 46 of 92

| 4.7 4 | State of Michigan | Last 4 digits of account number | 2411 | | $0.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
Insurance Bureau
611 West Ottawa, 2nd Floor
PO Box 30220
Lansing, MI 48909

When was the debt incurred?   _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

| 4.7 5 | Synchrony Bank - Art Van | Last 4 digits of account number | 4576 | | $3,122.47 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
P.O. Box 960061
Orlando, FL 32896-0061

When was the debt incurred?   _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card purchases

---

| 4.7 6 | Synchrony Bank/Lowes | Last 4 digits of account number | 1465 | | Unknown |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 965005
Orlando, FL 32896

When was the debt incurred?   _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Credit Card purchases

| 4.7 7 | | | |
|---|---|---|---|
| | Synchrony Bank/Walmart | Last 4 digits of account number    3020 | $1,276.86 |

**Nonpriority Creditor's Name**

P.O. Box 530927

Atlanta, GA 30353-0927

**Number Street City State Zip Code**                    **When was the debt incurred?**

**Who incurred the debt?** Check one.                    **As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                            ☐ Disputed

☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community              ☐ Student loans
debt**
                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims

☑ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                   ☑ Other. Specify    Credit Card purchases

---

| 4.7 8 | | | |
|---|---|---|---|
| | Verizon Wireless | Last 4 digits of account number    0001 | $1,210.80 |

**Nonpriority Creditor's Name**

Attn:  Officer for receipt of Process

PO Box 15062

Albany, NY 12212                                         **When was the debt incurred?**    2017

**Number Street City State Zip Code**

**Who incurred the debt?** Check one.                    **As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                            ☐ Disputed

☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community              ☐ Student loans
debt**
                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims

☑ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                   ☑ Other. Specify    Cellular Telephone Service

---

| 4.7 9 | | | |
|---|---|---|---|
| | Village Green St. Clair | Last 4 digits of account number    3375 | $5,063.00 |

**Nonpriority Creditor's Name**

4620 Woodland

Tampa, FL 33601                                          **When was the debt incurred?**    2018

**Number Street City State Zip Code**

**Who incurred the debt?** Check one.                    **As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                            ☐ Disputed

☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community              ☐ Student loans
debt**
                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims

☑ No                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                   ☐ Other. Specify

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Access Receivables Management<br>P O Box 1377<br>Cockeysville, MD 21030 | Line 4.46 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     1756 |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Afni, Inc.<br>1310 Martin Luther King Drive<br>PO Box 3517<br>Bloomington, IL 61702-3517 | Line 4.78 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     3401 |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| AlliedInterstate<br>P.O. Box 4000<br>Warrenton, VA 20188 | Line 4.77 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     1122 |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Alltran Financial, LP<br>PO Box 722910<br>Houston, TX 77272-2910 | Line 4.52 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     1506 |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Arbor Professional Solutions<br>2090 South Main Street<br>Ann Arbor, MI 48103-5827 | Line 4.32 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     4168 |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| ATG Credit, LLC<br>PO Box 14895<br>Chicago, IL 60614-4895 | Line 4.38 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     0643 |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Beaumont Hospice<br>750 Stephenson Highway<br>PO BOx 5042<br>Troy, MI 48007 | Line 4.12 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     2037 |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Capital One Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30277<br>Salt Lake City, UT 84130 | Line 4.21 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     6860 |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Capital One, NA<br>PO Box 71087<br>Charlotte, NC 28272 | Line 4.22 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     1321 |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| CBM Services, Inc.<br>Attn: Officer for receipt of Process<br>PO Box 551<br>Midland, MI 48640-0551 | Line 4.40 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     0201 |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Central Credit Services LLC<br>500 North Franklin Turnpike<br>Suite 200 | Line 4.6 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Ramsey, NJ 07446

| | | |
|---|---|---|
| | Last 4 digits of account number | 9119 |

---

**Name and Address**
Central Credit Services LLC
500 North Franklin Turnpike
Suite 200
Ramsey, NJ 07446

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.7 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | 8534 |
|---|---|

---

**Name and Address**
Citi
PO Box 790040
Saint Louis, MO 63179-9819

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.18 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | 2320 |
|---|---|

---

**Name and Address**
Client Financial Services of Michigan
L-3725
Columbus, OH 43260

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.60 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | 7019 |
|---|---|

---

**Name and Address**
Client Financial Services of Michigan
L-3725
Columbus, OH 43260

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.12 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | 1786 |
|---|---|

---

**Name and Address**
Client Financial Services of Michigan
L-3725
Columbus, OH 43260

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.15 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | 5924 |
|---|---|

---

**Name and Address**
Client Financial Services of Michigan
L-3725
Columbus, OH 43260

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.16 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | 8221 |
|---|---|

---

**Name and Address**
Client Financial Services of Michigan
L-3725
Columbus, OH 43260

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.17 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | 2044 |
|---|---|

---

**Name and Address**
Client Financial Services of Michigan
L-3725
Columbus, OH 43260

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.14 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | 2050 |
|---|---|

---

**Name and Address**
Concentra Clinics
Attn:  Officer for receipt of Process
PO Box 5106
Southfield, MI 48086

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.38 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | 0643 |
|---|---|

---

**Name and Address**
Contract Callers, Inc.
P.O. Box 2207
Augusta, GA 30903-2207

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.30 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

| Last 4 digits of account number | 7669 |
|---|---|

---

**Name and Address**
Convergent Outsourcing, Inc.
Attn:  Officer for receipt of Process

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.78 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims

PO Box 9004
Renton, WA 98057

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 2714

---

Name and Address
Credit Collection Service
725 Canton Street
Norwood, MA 02062

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.5 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 9676

---

Name and Address
Credit Control, LLC
P.O. Box 31179
Tampa, FL 33631

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.31 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 8341

---

Name and Address
Credit Control, LLC
PO Box 100
Hazelwood, MO 63042

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.37 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 1227

---

Name and Address
Encore Receivable
400 N. Rogers Rd.
PO Box 3330
Olathe, KS 66063-3330

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.75 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 6492

---

Name and Address
ERC
PO Box 23870
Jacksonville, FL 32241

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.11 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 0345

---

Name and Address
Firstsource Advantage
Attn: Officer for receipt of Process
205 Bryant Woods South
Amherst, NY 14228

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.77 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 5135

---

Name and Address
Firstsource Advantage LLC
PO Box 628
Buffalo, NY 14240-0628

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.6 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 6097

---

Name and Address
Genisys Credit Union
Attn: Officer for receipt of Process
PO Box 436034
Pontiac, MI 48343

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.48 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 9L75

---

Name and Address
Global Credit & Collection Corp.
PO Box2127
Schiller Park, IL 60176-1956

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.18 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 0062

---

Name and Address
Holzman Corkery, PLLC
Attn: Officer for receipt of Process
28366 Franklin Road
Southfield, MI 48034

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.48 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 9L75

---

20-41010-tjt   Doc 1   Filed 01/24/20   Entered 01/24/20 12:23:39   Page 51 of 92

| | |
|---|---|
| **Name and Address**<br>Holzman Corkery, PLLC<br>Attn:  Officer for receipt of Process<br>28366 Franklin Road<br>Southfield, MI 48034 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.62 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          1653 |
| **Name and Address**<br>Holzman Corkery, PLLC<br>Attn:  Officer for receipt of Process<br>28366 Franklin Road<br>Southfield, MI 48034 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.63 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          8039 |
| **Name and Address**<br>Holzman Corkery, PLLC<br>Attn:  Officer for receipt of Process<br>28366 Franklin Road<br>Southfield, MI 48034 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.64 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          1653 |
| **Name and Address**<br>HRRG<br>PO Box 5406<br>Cincinnati, OH 45273-7942 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.44 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          9986 |
| **Name and Address**<br>IC Systems<br>444 E. Highway<br>PO Box 64378<br>St.Paul, MN 55164 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.71 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          9139 |
| **Name and Address**<br>LVNV Funding<br>PO Box 10497<br>Greenville, SC 29603 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.2 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Name and Address**<br>Macomb Emergency Physiians<br>PO Box 776421<br>Chicago, IL 60677-6421 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.57 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          0026 |
| **Name and Address**<br>McCarthy, Burgess & Wolff<br>26000 Cannon Road<br>Cleveland, OH 44146 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.52 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          0540 |
| **Name and Address**<br>McCarthy, Burgess & Wolff<br>26000 Cannon Road<br>Cleveland, OH 44146 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.78 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          1041 |
| **Name and Address**<br>Midland Credit Management<br>2365 Northside Drive, Suite 300<br>San Diego, CA 92108 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.75 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          6374 |
| **Name and Address**<br>Midland Credit Management, Inc.<br>PO Box 2001 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.22 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Warren, MI 48090-2000

| | Last 4 digits of account number | 8279 |

| **Name and Address** | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| National Recovery Agency<br>PO Box 67015<br>Harrisburg, PA 17106 | Line 4.42 of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 7883 |

| **Name and Address** | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| Nationwide Credit, Inc<br>PO Box14581<br>Des Moines, IA 50306-3581 | Line 4.7 of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 0673 |

| **Name and Address** | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| Nationwide Credit, Inc<br>PO Box14581<br>Des Moines, IA 50306-3581 | Line 4.23 of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 7028 |

| **Name and Address** | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| Nationwide Credit, Inc<br>PO Box14581<br>Des Moines, IA 50306-3581 | Line 4.24 of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 6996 |

| **Name and Address** | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| Nationwide Credit, Inc<br>PO Box14581<br>Des Moines, IA 50306-3581 | Line 4.25 of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 6400 |

| **Name and Address** | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| Nationwide Credit, Inc.<br>P O Box 14581<br>Des Moines, IA 50306 | Line 4.5 of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 0327 |

| **Name and Address** | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| Northstar Location Services, LLC<br>Attn: Financial Services Dept.<br>4285 Genesee St.<br>Buffalo, NY 14225 | Line 4.11 of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 7462 |

| **Name and Address** | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| Occupational Health Centers of Michigan<br>PO Box 5106<br>Southfield, MI 48086 | Line 4.38 of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 0643 |

| **Name and Address** | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| Receivables Performance Management<br>20816 44th Avenue West<br>Lynnwood, WA 98036 | Line 4.41 of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 8366 |

| **Name and Address** | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| Sherman Originator LLC<br>Attn: Officer for receipt of Process<br>PO Box 10497<br>Greenville, SC 29603 | Line 4.37 of (*Check one*): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 5790 |

| **Name and Address** | On which entry in Part 1 or Part 2 did you list the original creditor? | |

20-41010-tjt    Doc 1    Filed 01/24/20    Entered 01/24/20 12:23:39    Page 53 of 92

| | |
|---|---|
| Stenger & Stenger, P.C.<br>Attn:  Officer for receipt of Process<br>2618 East Paris Ave SE<br>Grand Rapids, MI 49546 | Line **4.53** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>Michael R. Stillman<br>Stillman Law Office<br>30057 Orchard Lake Road<br>Ste. 200<br>Farmington, MI 48334 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>U.S. Attorney<br>Attn: Civil Division<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.2** of *(Check one):*<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>United Collection Bureau, Inc.<br>Attn:  Officer for receipt of Process<br>PO Box 1418<br>Maumee, OH 43537 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          8094 |

| | |
|---|---|
| Name and Address<br>United Collection Bureau, Inc.<br>Attn:  Officer for receipt of Process<br>PO Box 1418<br>Maumee, OH 43537 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.24** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          6021 |

| | |
|---|---|
| Name and Address<br>United Collection Bureau, Inc.<br>Attn:  Officer for receipt of Process<br>PO Box 1418<br>Maumee, OH 43537 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          6868 |

| | |
|---|---|
| Name and Address<br>United Collection Bureau, Inc.<br>Attn:  Officer for receipt of Process<br>PO Box 140190<br>Toledo, OH 43614 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          2037 |

| | |
|---|---|
| Name and Address<br>United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.2** of *(Check one):*<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>Weber & Olcese, P.C.<br>3250 W. Big Beaver Rd.<br>Ste. 124<br>Troy, MI 48084 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.9** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          973H |

| | |
|---|---|
| Name and Address<br>Weber & Olcese, P.L.C.<br>P.O. Box 1330<br>Birmingham, MI 48012 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          0362 |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ | 7,900.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 62,737.57 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 70,637.57 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 177,301.06 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 177,301.06 |

20-41010-tjt    Doc 1    Filed 01/24/20    Entered 01/24/20 12:23:39    Page 55 of 92

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Hubert F. Skwierc, III |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   Kellie McGraw<br>28111 Jefferson, Apt C3<br>Saint Clair Shores, MI 48081 | 28111 Jefferson, Apt C3, Saint Clair Shores MI 48081  month to month lease |
| 2.2   SmartStop<br>27203 Groesbeck Highway<br>Warren, MI 48089 | Storage unit at 27203 Groesbeck Highway, Warren, MI 48089 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | Hubert F. Skwierc, III |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.1 Carmelita Skwierc <br> 22320 Gordon Road <br> Saint Clair Shores, MI 48081 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.66___ <br> ☐ Schedule G _____ <br> PennyMac |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Hubert F. Skwierc, III |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                                                                       12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** ☐ Employed ■ Not employed | ☐ Employed ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** Window Installer | |
| | | **Employer's name** | |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** | |
| | | **How long employed there?** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ N/A

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 0.00  +  $ N/A  =  $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ 0.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:    Debtor was unemployed as he was hospitalized for substance abuse and was last employed 5/2019. He has a felony conviction and is having a hard time finding employment.

Fill in this information to identify your case:

Debtor 1        Hubert F. Skwierc, III

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
   13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                                     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

    Do not list Debtor 1 and      ■ Yes. Fill out this information for
    Debtor 2.                           each dependent...............

    Do not state the
    dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 15 | ■ No ☐ Yes |
|  |  | ☐ No ☐ Yes |
|  |  | ☐ No ☐ Yes |
|  |  | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**     ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|  | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.                                                            4.  $                0.00

    **If not included in line 4:**

    4a.  Real estate taxes                                                                          4a.  $            0.00
    4b.  Property, homeowner's, or renter's insurance                                               4b.  $            0.00
    4c.  Home maintenance, repair, and upkeep expenses                                              4c.  $            0.00
    4d.  Homeowner's association or condominium dues                                                4d.  $            0.00
5.  **Additional mortgage payments for your residence,** such as home equity loans                  5.  $            0.00

6. **Utilities:**
    6a.   Electricity, heat, natural gas                6a.  $       0.00
    6b.   Water, sewer, garbage collection         6b.  $       0.00
    6c.   Telephone, cell phone, Internet, satellite, and cable services   6c.  $       0.00
    6d.   Other. Specify:                             6d.  $       0.00

7. **Food and housekeeping supplies**                  7.  $     193.00

8. **Childcare and children's education costs**          8.  $       0.00

9. **Clothing, laundry, and dry cleaning**             9.  $       0.00

10. **Personal care products and services**          10.  $       0.00

11. **Medical and dental expenses**                11.  $       0.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                  12.  $       0.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13.  $       0.00

14. **Charitable contributions and religious donations**        14.  $       0.00

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.  Life insurance                        15a.  $       0.00
    15b.  Health insurance                    15b.  $       0.00
    15c.  Vehicle insurance                   15c.  $       0.00
    15d.  Other insurance. Specify:               15d.  $       0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                16.  $       0.00

17. **Installment or lease payments:**
    17a.  Car payments for Vehicle 1             17a.  $       0.00
    17b.  Car payments for Vehicle 2             17b.  $       0.00
    17c.  Other. Specify:                   17c.  $       0.00
    17d.  Other. Specify:                   17d.  $       0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**  18.  $    262.00

19. **Other payments you make to support others who do not live with you.**         $       0.00
    Specify:                                19.

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    20a.  Mortgages on other property           20a.  $       0.00
    20b.  Real estate taxes                 20b.  $       0.00
    20c.  Property, homeowner's, or renter's insurance   20c.  $       0.00
    20d.  Maintenance, repair, and upkeep expenses   20d.  $       0.00
    20e.  Homeowner's association or condominium dues   20e.  $       0.00

21. **Other:** Specify:                       21.  +$      0.00

22. **Calculate your monthly expenses**
    22a.  Add lines 4 through 21.                   $     455.00
    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c.  Add line 22a and 22b.  The result is your monthly expenses.   $     455.00

23. **Calculate your monthly net income.**
    23a.  Copy line 12 (your combined monthly income) from Schedule I.   23a.  $       0.00
    23b.  Copy your monthly expenses from line 22c above.   23b.  -$     455.00
    23c.  Subtract your monthly expenses from your monthly income.
            The result is your monthly net income.   23c.  $     -455.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.     Explain here:

**Fill in this information to identify your case:**

Debtor 1     Hubert F. Skwierc, III
            First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  /s/ Hubert F. Skwierc, III                    X _____
   Hubert F. Skwierc, III                          Signature of Debtor 2
   Signature of Debtor 1

   Date   January 15, 2020                          Date _____

| | |
|---|---|
| Debtor 1 | Hubert F. Skwierc, III |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
    amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:      Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ☐ Married
    ■ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐ No
    ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 22320 Gordon Rd
Saint Clair Shores, MI 48081 | From-To: | ☐ Same as Debtor 1 | ☐ Same as Debtor 1
From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2      Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income
Check all that apply. | Gross income
(before deductions and exclusions) | Sources of income
Check all that apply. | Gross income
(before deductions and exclusions) |
| For last calendar year:
(January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips | $3,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $10,800.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Bridge card | $193.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2019 ) | Bridge card | $1,158.00 | | |

---

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Bank of America, N.A. v Hubert F Skwierc III 18-01973H | Summons | 41B District Court Clerk of the Court 22380 Starks Drive Clinton Township, MI 48036 | ■ Pending ☐ On appeal ☐ Concluded |
| Genisys Credit Union v Hubert Skwierc III 18-0894-GC | Suit on Account | 40th District Court Clerk of the Court 28801 Jefferson Saint Clair Shores, MI 48081 | ☐ Pending ☐ On appeal ■ Concluded |
| Christian Financial Credit Union v Hubert F. Skwierc, III 18-0894-GC | Suit on Account | 40th District Court Clerk of the Court 27701 Jefferson Saint Clair Shores, MI 48081 | ☐ Pending ☐ On appeal ■ Concluded |
| Carrie Fuller v Hubert F. Skwierc, III 2002-004582-DM | Domestic Relations matter | Macomb County Circuit Court 40 N. Main St. Mount Clemens, MI 48043 | ■ Pending ☐ On appeal ☐ Concluded |
| Michigan Schools & Government CU v Hubert F. Skwierc, III 18-1304-GC | Suit on Account | 40th District Court Clerk of the Court 28801 Jefferson Saint Clair Shores, MI 48081 | ☐ Pending ☐ On appeal ■ Concluded |
| American Express v Hubert F. Skwierc, III 18-304-GC | Suit on Account | 40th District Court Clerk of the Court 28801 Jefferson Saint Clair Shores, MI 48081 | ☐ Pending ☐ On appeal ■ Concluded |

20-41010-tjt    Doc 1    Filed 01/24/20    Entered 01/24/20 12:23:39    Page 65 of 92

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Julie A. Hlywa v Hubert F. Skwierc, III<br>19-1858-GC | Suit on Account | 40th District Court<br>Clerk of the Court<br>28801 Jefferson<br>Saint Clair Shores, MI 48081 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| People of the State of Michigan v<br>Hubert F. Skwierc, III<br>DC 100314SM | Criminal | 40th District Court<br>Clerk of the Court<br>28801 Jefferson<br>Saint Clair Shores, MI 48081 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| People of the State of Michigan v<br>Hubert F. Skwierc, III<br>2017003726FH | Criminal | Macomb County Circuit Court<br>Reimbursement Division<br>10 N. Main, 5th Floor<br>Mount Clemens, MI 48043 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | E-Trade acct<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☑ Property was attached, seized or levied. | 6/2018 | $350.00 |
| Christian Financial Credit Union<br>Attn: Officer for receipt of Process<br>18441 Utica Road<br>Roseville, MI 48066 | Repossession Deficiency<br><br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 5/2019 | Unknown |
| Ally Financial<br>Attn: Officer for receipt of Process<br>PO Box 380901<br>Bloomington, MN 55438 | Repossession Deficiency<br><br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 2/2019 | Unknown |
| Sheffield Financial<br>Attn: Officer for receipt of Process<br>PO Box 580229<br>Charlotte, NC 28258 | 2014 US 1 Cargo Trailer<br><br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 5/2019 | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ☑ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ☑ No
   ☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

   ☑ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

   ☑ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

---

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

   ☑ No
   ☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ☐ No
   ☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Charles J. Schneider, P.C.<br>39319 Plymouth Rd.<br>Suite 1<br>Livonia, MI 48150-1059<br>notices@cschneiderlaw.com | Attorney Fees | 7/13/18 | $750.00 |

20-41010-tjt    Doc 1    Filed 01/24/20    Entered 01/24/20 12:23:39    Page 67 of 92

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Greenpath Debt Solutions 36500 Corporate Drive Farmington, MI 48331 | Credit Counseling Certificate(s) | 1/24/2020 | $25.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Carmelita Skwierc 22320 Gordon Rd Saint Clair Shores, MI 48081 Ex-wife | 22320 Gordon Rd., Saint Claire Shores, MI 48081 | Divorce judgment | 04/11/2017 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ **No**
☑ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| SmartStop<br>27203 Groesbeck Highway<br>Warren, MI 48089 | Debtor<br>Kelly McGraw 28111 Jefferson, Apt C3, Saint Clair Shores MI 48081 | | ☑ No<br>☐ Yes |

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ **No**
☐ **Yes.  Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:   Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| H. F. S. CONSTRUCTION LLC<br>22320 Gordan Rd<br>Saint Clair Shores, MI 48081 | Construction<br><br>George D'anastazio | EIN:    46-1943614<br><br>From-To   02/01/2013 - present |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Hubert F. Skwierc, III | |
|---|---|
| Hubert F. Skwierc, III<br>**Signature of Debtor 1** | **Signature of Debtor 2** |

Date    January 15, 2020                        Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

      Hubert F. Skwierc III

      Debtor(s).

_____/  Case No.
                                                                    Chapter 7
                                                                    Hon.

### STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), Rules of Bankruptcy Procedure, states that:

1.      The undersigned is the attorney for the Debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is:

      [X] **FLAT FEE**

      A.      For legal services rendered or to be rendered in contemplation of and in
                  connection with this case, exclusive of the filing fee . . . . . . . . . . . . . . . . . . . . . . . . . . $1,500.00
      B.      Prior to the filing of this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $750.00
      C.      The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $750.00

      [] **RETAINER**

      A.      Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
      B.      The undersigned shall bill against the retainer at an hourly rate of *see attached firm hourly rate
                  schedule, <u>Rate 1</u>.  Debtor(s) has/have agreed to pay all Court approved fees and expenses exceeding
                  the amount of the retainer.

3.      $0.00 of the filing fee has been paid.

4.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
      including:  [Cross out any that do not apply.]
      A.      Analysis of the Debtor's financial situation and rendering advice and assistance to the Debtor(s) in
                  determining whether to file a petition under Title 11, U.S.C.
      B.      Preparation and filing of any petition, schedules and statement of affairs which may be required;
      C.      Representation of the Debtor(s) at the meeting of creditors and any Rule 2004 Examination;
      D.      Reaffirmations;

5.      By agreement with the Debtor(s), the above-disclosed fee does **not** include the following services:
      A.      Representation of the Debtor(s) in adversary proceedings and other contested bankruptcy matters;
      B.      Representation of the Debtor(s) at any adjourned hearing as a result of the Debtor's non-appearance
                  or unpreparedness, including but not limited to the Meeting of Creditors or adjourned Rule 2004
                  Examination;
      C.      Motions for redemption of collateral;
      D.      Motions to Compel Trustee to Abandon Property of the Estate;
      E.      Representation of the Debtor(s) in any motion to lift the automatic stay;
      F.      Preparation of any statement of purpose to add creditors;
      G.      Commencement of any adversary lawsuit to determine the dischargeability of any indebtedness (i.e.

student loans);

H.    Advice or consultation with any counsel acting upon the Debtor(s) behalf of any claim or asset due to the Debtor(s);

I.    Appeals.

6.    The source of payments made by the Debtor(s) to the undersigned was from:

A.    Debtor's earnings, wages, compensation for services performed.

B.    Other (describe, including the identity of payor): None

7.    The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows: none.

8.    The undersigned has received no transfer, assignment or pledge of property except the following for the value stated: none.

Dated: January 15, 2020

Respectfully submitted,

/s/ Charles J. Schneider
_____
Attorney for Petitioner:    CHARLES J. SCHNEIDER (P27598)
NICHOLAS D. CHAMBERS (P72084)
MARY BETH WIMBERLEY (P82137)
Attorneys for Debtor(s)
39319 Plymouth Road, Suite 1
Livonia, Michigan 48150-1064
(734) 591-4890
notices@cschneiderlaw.com

/s/Hubert F. Skwierc III
_____
Hubert F. Skwierc III

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan
        for family farmers or
        fishermen

    Chapter 13 - Voluntary repayment plan
        for individuals with regular
        income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

**Read These Important Warnings**

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

   domestic support obligations,

   most student loans,

   certain taxes,

   debts for fraud or theft,

   debts for fraud or defalcation while acting in a fiduciary capacity,

   most criminal fines and restitution obligations,

   certain debts that are not listed in your bankruptcy papers,

   certain debts for acts that caused death or personal injury, and

   certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Hubert F. Skwierc, III                          Case No. _____

                                 Debtor(s)         Chapter     7

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    January 15, 2020                  /s/ Hubert F. Skwierc, III

                                           Hubert F. Skwierc, III

                                           Signature of Debtor

40th District Court
Clerk of the Court
27701 Jefferson
Saint Clair Shores, MI 48081


Access Receivables Management
P O Box 1377
Cockeysville, MD 21030


Afni, Inc.
1310 Martin Luther King Drive
PO Box 3517
Bloomington, IL 61702-3517


AlliedInterstate
P.O. Box 4000
Warrenton, VA 20188


Alltran Financial, LP
PO Box 722929
Houston, TX 77272-2910


Alltran Financial, LP
PO Box 722910
Houston, TX 77272-2910


Ally Financial
Attn: Officer for receipt of Process
PO Box 380901
Bloomington, MN 55438


Amcol Systems
Attn: Officer for receipt of Process
PO Box 21625
Columbia, SC 29221


American Express
Attn: Officer for receipt of Process
Box 0001
Los Angeles, CA 90096


American Express
Attn: Officer for receipt of Process
Box 0001
Los Angeles, CA 90096

```
American Express
Attn: Officer for receipt of Process
Box 0001
Los Angeles, CA 90096


Arbor Professional Solutions
2090 South Main Street
Ann Arbor, MI 48103-5827


ATG Credit, LLC
PO Box 14895
Chicago, IL 60614-4895


AUM
Attn: Officer for receipt of Process
PO Box 6436
Carol Stream, IL 60197


Bank of America
Attn: Officer for receipt of Process
PO Box 15019
Wilmington, DE 19886


Bank of America
Attn: Officer for receipt of Process
PO Box 15019
Wilmington, DE 19886


Barclaycard
Card Services
P.O. Box 60517
City of Industry, CA 91716


Beaumont Health
PO Box 554878
Detroit, MI 48255-4878


Beaumont Health
PO Box 554878
Detroit, MI 48255


Beaumont Health
PO Box 554878
Detroit, MI 48255-4878
```

```
Beaumont Health System
Attn: Officer for receipt of Process
750 Stephenson Highway
PO Box 5042
Troy, MI 48007


Beaumont Hospice
750 Stephenson Highway
PO BOx 5042
Troy, MI 48007


Beaumont Hospital
Attn: Officer for receipt of Process
750 Stephenson Highway
PO Box 5042
Troy, MI 48007


Beaumont Hospital
Attn: Officer for receipt of Process
750 Stephenson Highway
PO Box 5042
Troy, MI 48007


Best Buy Credit Services
Attn: Office for Receipt of Process
PO Box 78009
Phoenix, AZ 85062


Blue Care Network
Attn: Officer for receipt of Process
PO Box 33608
Detroit, MI 48232


Capital One
PO Box 30285
Salt Lake City, UT 84130


Capital One
Attn: Officer for Receipt of Process
PO Box 6492
Carol Stream, IL 60197


Capital One Bank
Attn: Bankruptcy Dept.
PO Box 30277
Salt Lake City, UT 84130
```

Capital One Services, LLC
P.O. Box 30285
Salt Lake City, UT 84130-0285


Capital One, NA
PO Box 71087
Charlotte, NC 28272


Carmelita Skwierc
22320 Gordon Road
Saint Clair Shores, MI 48081


Carrie `Fuller
24933 Lexington
Eastpointe, MI 48021


CBM Services, Inc.
Attn: Officer for receipt of Process
PO Box 551
Midland, MI 48640-0551


Central Credit Services LLC
500 North Franklin Turnpike
Suite 200
Ramsey, NJ 07446


Central Credit Services LLC
500 North Franklin Turnpike
Suite 200
Ramsey, NJ 07446


Chase
Attn: Officer for receipt of Process
PO Box 15298
Wilmington, DE 19886


Chase
Attn: Officer for receipt of Process
PO Box 15298
Wilmington, DE 19886


Chase
PO Box 15145
Wilmington, DE 19850

Check Smart
26151 Gratiot
Roseville, MI 48066

Christian Financial Credit Union
Attn: Officer for receipt of Process
18441 Utica Road
Roseville, MI 48066

Christian Financial Credit Union
Attn: Officer for receipt of Process
18441 Utica Road
Roseville, MI 48066

Citi
PO Box 790040
Saint Louis, MO 63179-9819

Citi Cards
PO Box 78045
Phoenix, AZ 85062

Citi Cards
PO Box 78045
Phoenix, AZ 85062

Citi Cards
PO Box 78045
Phoenix, AZ 85062

City of Roseville Fire Department
PO Box 2122
Riverview, MI 48193-1122

City of St. Clair Shores/Arbor Professio
2090 S. Main
Ann Arbor, MI 48103

Client Financial Services of Michigan
L-3725
Columbus, OH 43260

Client Financial Services of Michigan
L-3725
Columbus, OH 43260

Client Financial Services of Michigan
L-3725
Columbus, OH 43260


Client Financial Services of Michigan
L-3725
Columbus, OH 43260


Client Financial Services of Michigan
L-3725
Columbus, OH 43260


Client Financial Services of Michigan
L-3725
Columbus, OH 43260


Comerica
Bankcard Services
Attn: Officer for receipt of Process
P.O. Box 15019
Wilmington, DE 19886


Comerica
Bankcard Services
Attn: Officer for receipt of Process
P.O. Box 15019
Wilmington, DE 19886


Comerica
Bankcard Services
Attn: Officer for receipt of Process
P.O. Box 15019
Wilmington, DE 19886


Comerica Bank
Attn: Officer for receipt of Process
PO Box 790408
Saint Louis, MO 63179


Concentra
30800 Telegraph Rd
Suite 3900
Franklin, MI 48025

Concentra Clinics
Attn: Officer for receipt of Process
PO Box 5106
Southfield, MI 48086


Contract Callers, Inc.
P.O. Box 2207
Augusta, GA 30903-2207


Convergent Outsourcing, Inc.
Attn: Officer for receipt of Process
PO Box 9004
Renton, WA 98057


Credit Collection Service
725 Canton Street
Norwood, MA 02062


Credit Collection Service
725 Canton Street
Norwood, MA 02062


Credit Control, LLC
P.O. Box 31179
Tampa, FL 33631


Credit Control, LLC
PO Box 100
Hazelwood, MO 63042


Diag Radiology Consultants
Attn: Officer for receipt of Process
PO Box 6398
Saginaw, MI 48608


Dish Network
Attn: Officer for receipt of Process
Dept 0063
Palatine, IL 60055-0063


DTE Energy (USE THIS ONE)
P.O. Box 740786
Cincinnati, OH 45274-0786

Eastwood Clinics
Attn # 19117E
PO Box 14000
Belfast, ME 04915-4033


Emergency Department Physicians, P.C.
Attn: Officer for receipt of Process
PO Box 740021
Cincinnati, OH 45274


Encore Receivable
400 N. Rogers Rd.
PO Box 3330
Olathe, KS 66063-3330


ERC
PO Box 23870
Jacksonville, FL 32241


First Credit Services, Inc.
Attn: Officer for Receipt of Process
377 Hoes Lane, Ste 200
Piscataway, NJ 08854


Firstsource Advantage
Attn: Officer for receipt of Process
205 Bryant Woods South
Amherst, NY 14228


Firstsource Advantage LLC
PO Box 628
Buffalo, NY 14240-0628


Frankenmuth Insurace
One Mutual Avenue
Frankenmuth, MI 48787-0001


Gallagher Sharp LLC
1501 Euclid Avenue
Sixth Floor, Bulkley Building
Cleveland, OH 44115


Genisys Credit Union
2100 Executive Hills Blvd.
Auburn Hills, MI 48326

```
Genisys Credit Union
c/o Holzman Corkery PLC
28366 Franklin Road
Southfield, MI 48034


Genisys Credit Union
Attn: Officer for receipt of Process
PO Box 436034
Pontiac, MI 48343


George `D'Anastaio
28200 Orchard Lake Road
Suite 103
Farmington, MI 48334


Global Credit & Collection Corp.
PO Box2127
Schiller Park, IL 60176-1956


Julie A. Hlywa
17200 E Ten Mile Road
Suite 100
Eastpointe, MI 48021


Holzman Corkery, PLLC
Attn: Officer for receipt of Process
28366 Franklin Road
Southfield, MI 48034


Holzman Corkery, PLLC
Attn: Officer for receipt of Process
28366 Franklin Road
Southfield, MI 48034


Holzman Corkery, PLLC
Attn: Officer for receipt of Process
28366 Franklin Road
Southfield, MI 48034


Holzman Corkery, PLLC
Attn: Officer for receipt of Process
28366 Franklin Road
Southfield, MI 48034
```

Home Depot Credit Services
Dept 32-2140021837
PO Box 9001030
Louisville, KY 40290-1030


HRRG
PO Box 5406
Cincinnati, OH 45273-7942


IC Systems
444 E. Highway
PO Box 64378
St.Paul, MN 55164


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346


LVNV Funding
Attn: Officer for receipt of Process
PO Box 10497
Greenville, SC 29603


LVNV Funding
PO Box 10497
Greenville, SC 29603


Macomb County
Judicial Aide
10 North Main,
1st Floor
Mount Clemens, MI 48043


Macomb County Jail
Celco, LTD
PO Box 932756
Cleveland, OH 44193


Macomb County Sheriff Reimbursement
43565 Elizabeth Road
Mount Clemens, MI 48043


Macomb Emergency Physicians PLLC
PO Box 776421
Chicago, IL 60677-6421

Macomb Emergency Physiians
PO Box 776421
Chicago, IL 60677-6421


Macomb Family Servces
36975 Utica, Ste 103
Clinton Township, MI 48035


McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146


McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146


Kellie McGraw
28111 Jefferson, Apt C3
Saint Clair Shores, MI 48081


McLaren Macomb
P O Box 441575
Detroit, MI 48244


McLaren Physicians
PO Box 775437
Chicago, IL 60677-5437


Michigan Department of Corrections
Fee Collection Unit
P.O. Box 30770
Lansing, MI 48909-8270


Michigan Schools & Government CU
40400 Garfield Rd
Clinton Township, MI 48038


Michigan Schools & Government CU
40400 Garfield Rd
Clinton Township, MI 48038


Michigan Schools & Government CU
40400 Garfield Rd
Clinton Township, MI 48038

Midland Credit Management
2365 Northside Drive, Suite 300
San Diego, CA 92108


Midland Credit Management, Inc.
PO Box 2001
Warren, MI 48090-2000


Midland Funding
c/o Stillman Law Office
30057 Orchard Lake Rd.
Ste. 200
Farmington, MI 48334


National Recovery Agency
PO Box 67015
Harrisburg, PA 17106


Nationwide Credit, Inc
PO Box14581
Des Moines, IA 50306-3581


Nationwide Credit, Inc
PO Box14581
Des Moines, IA 50306-3581


Nationwide Credit, Inc
PO Box14581
Des Moines, IA 50306-3581


Nationwide Credit, Inc
PO Box14581
Des Moines, IA 50306-3581


Nationwide Credit, Inc.
P O Box 14581
Des Moines, IA 50306


Northstar Location Services, LLC
Attn: Financial Services Dept.
4285 Genesee St.
Buffalo, NY 14225

Occupational Health Centers of Michigan
PO Box 5106
Southfield, MI 48086


PennyMac
PO Box 514387
Los Angeles, CA 90051-4387


Receivables Performance Management
20816 44th Avenue West
Lynnwood, WA 98036


REV-1 Solutions, LLC
517 US Highway 31 N
Greenwood, IN 46142


Sheffield Financial
Attn: Officer for receipt of Process
PO Box 580229
Charlotte, NC 28258


Sherman Originator LLC
Attn: Officer for receipt of Process
PO Box 10497
Greenville, SC 29603


Carmelita Skwierc
22320 Gordon Rd
Saint Clair Shores, MI 48081


SmartStop
27203 Groesbeck Highway
Warren, MI 48089


SmartStop
27203 Groesbeck Highway
Warren, MI 48089


Sprint
Attn: Officer for receipt of Process
P.O. Box 4191
Carol Stream, IL 60197

St John Hospital
c/o Account Services
1802 NE Loop 410
Suite 400
San Antonio, TX 78217


St John Providence Hospital
PO Box 773123
Attn: Officer for receipt of Process
3123 Solutions Center
Chicago, IL 60677


State of Michigan
Insurance Bureau
611 West Ottawa, 2nd Floor
PO Box 30220
Lansing, MI 48909


Stenger & Stenger, P.C.
Attn: Officer for receipt of Process
2618 East Paris Ave SE
Grand Rapids, MI 49546


Michael R. Stillman
Stillman Law Office
30057 Orchard Lake Road
Ste. 200
Farmington, MI 48334


Synchrony Bank - Art Van
P.O. Box 960061
Orlando, FL 32896-0061


Synchrony Bank/Lowes
PO Box 965005
Orlando, FL 32896


Synchrony Bank/Walmart
P.O. Box 530927
Atlanta, GA 30353-0927


U.S. Attorney
Attn: Civil Division
211 W. Fort St., Ste. 2001
Detroit, MI 48226

United Collection Bureau, Inc.
Attn: Officer for receipt of Process
PO Box 1418
Maumee, OH 43537


United Collection Bureau, Inc.
Attn: Officer for receipt of Process
PO Box 1418
Maumee, OH 43537


United Collection Bureau, Inc.
Attn: Officer for receipt of Process
PO Box 1418
Maumee, OH 43537


United Collection Bureau, Inc.
Attn: Officer for receipt of Process
PO Box 140190
Toledo, OH 43614


United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530


Verizon Wireless
Attn: Officer for receipt of Process
PO Box 15062
Albany, NY 12212


Village Green St. Clair
4620 Woodland
Tampa, FL 33601


Weber & Olcese, P.C.
3250 W. Big Beaver Rd.
Ste. 124
Troy, MI 48084


Weber & Olcese, P.L.C.
P.O. Box 1330
Birmingham, MI 48012